ALCATEL INTERNETWORKING,
INC., Plaintiff–Appellee,

v.

RATES TECHNOLOGY, INC. and
Gerald J. Weinberger, Defen-
dants–Appellants.

No. 2006–1597.

United States Court of Appeals,
Federal Circuit.

Sept. 19, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

AFP ADVANCED FOOD PRODUCTS
LLC, Plaintiff–Appellee,

v.

SNYDER'S OF HANOVER MANUFAC-
TURING, INC. (doing business as Sny-
der's of Hanover, Inc.), Defendant–Ap-
pellant.

No. 2006–1508.

United States Court of Appeals,
Federal Circuit.

Sept. 19, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).